IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT NUNN,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **CITY OF COATESVILLE, d/b/a COATESVILLE POLICE DEPARTMENT,** *et al.*,<br>　　　　　**Defendants.** | **NO.  24-6810** |

## O R D E R

**AND NOW**, this 27th day of March, 2025, upon consideration of Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint (ECF No. 11) and Plaintiff's Response (ECF No. 13), **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Dismiss Count I of the Amended Complaint as pleaded against Defendant Thomas Mack is **GRANTED AS UNCONTESTED.**  Count I of the Amended Complaint (ECF No. 10) is therefore **DISMISSED WITH PREJUDICE** as pleaded against Defendant Mack.

2. Defendants' Motion to Dismiss Count I of the Amended Complaint insofar is it raises cruel and unusual punishment claims is **GRANTED AS UNCONTESTED.**  Count I of the Amended Complaint (ECF No. 10) is therefore **DISMISSED WITH PREJUDICE** insofar as Plaintiff pleads said claim against Defendants City of Coatesville and Felicia Delligatti.

3. Defendants' Motion to Dismiss Count I of the Amended Complaint insofar is it raises an excessive force claim under the Fourteenth Amendment is **GRANTED AS UNCONTESTED.**  Count I of the Amended Complaint (ECF No. 10) is therefore **DISMISSED WITH PREJUDICE** insofar as Plaintiff pleads said claim against Defendants City of Coatesville and Felicia Delligatti.

4. Defendants' Motion to Dismiss Count I of the Amended Complaint insofar is it raises a *Monell* claim against Defendant City of Coatesville is **GRANTED**. Count I of the Amended Complaint (ECF No. 10) is therefore **DISMISSED WITHOUT PREJUDICE** insofar as Plaintiff pleads said claim against Defendants City of Coatesville.

2

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**