**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT NUNN,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **FELICIA DELLIGATTI,** | **NO.  24-6810** |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 24th day of November, 2025, upon consideration of Defendant Felicia Delligatti's Motion for Summary Judgment (ECF No. 29) and Plaintiff's Response thereto (ECF No. 30), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**
_____
**WENDY BEETLESTONE, C.J.**